**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Maria D.R.M., | Case No. 2:25-cv-00505-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Leland Dudek, | |
| Defendant. | |

Before the Court is Plaintiff's application to proceed *in forma pauperis*. ECF No. 1.

**I.**   ***In Forma Pauperis* Application**

Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Accordingly, Plaintiff's request to proceed *in forma pauperis* will be granted.

**II.**   **Screening the Complaint**

Upon granting a request to proceed *in forma pauperis*, a court must screen the complaint under 28 U.S.C. § 1915(e)(2). Given that the concerns underlying the screening requirement of § 1915(e) are obviated by the fact that plaintiff is represented by counsel, the Court finds it is not in the interests of judicial economy to screen the complaint. The Court, therefore, will not enter a screening order. This case shall proceed on the normal litigation track.

Based on the foregoing, **IT IS ORDERED** that:

1.     Plaintiff's request to proceed *in forma pauperis* (ECF No. 1) is GRANTED. Plaintiff will not be required to pay the filing fee.

2.     Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or giving security for them. This Order granting leave to proceed *in forma pauperis* does not extend to the issuance of subpoenas at the government's expense.

3. The Clerk of Court must detach and file the Complaint (at ECF No. 1-1) on the docket.

4. The Clerk of Court shall provide notice of this action to the Commissioner pursuant to Rule 3 of the Supplemental Rules for Social Security.

5. From this point forward, Plaintiff must serve on Defendant or, if appearance has been entered by an attorney, on the attorney, a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff must include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the Defendant or counsel for the Defendant. The Court may disregard any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk that fails to include a certificate of service.

DATED: March 21, 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE